**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 197 EM 2016
:
Respondent :
:
:
:
v. :
:
:
:
LEANDROS ECHAVARRIA, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of January, 2017, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DISMISSED**. *See Commonwealth v. Ali*, 10 A.3d 282 (Pa. 2010) (observing that hybrid representation is impermissible). The Prothonotary is **DIRECTED** to forward the filing to counsel of record.